AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Central_ District of _Illinois_

CATERPILLAR INC.

    Plaintiff,
V.

ENTEC ENGINE CORPORATION,
a corporation; and
CLYDE C. BRYANT, an individual,

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: _05-1394_

TO: (Name and address of Defendant)

ENTEC ENGINE CORPORATION
100 Galleria Parkway, Suite 400
Atlanta, Georgia 30309

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert G. Abrams
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 783-0800 (telephone)
(202) 383-6610 (facsimile)

an answer to the complaint which is herewith served upon you, within _20_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK: John Waters

(By) DEPUTY CLERK: H. Kalester

DATE: 12/21/05

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Central__ District of __Illinois__

CATERPILLAR INC.

    Plaintiff,
    V.

**SUMMONS IN A CIVIL CASE**

ENTEC ENGINE CORPORATION,
a corporation; and
CLYDE C. BRYANT, an individual,

CASE NUMBER: 05-1394

    Defendants.

TO: (Name and address of Defendant)

Clyde C. Bryant
410 Trammell Drive
Alpharetta, Georgia 30201

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert G. Abrams
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 783-0800 (telephone)
(202) 383-6610 (facsimile)

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK: John Waters

(By) DEPUTY CLERK: H. Kallister

DATE: 12/21/5