E-FILED
Wednesday, 21 December, 2005 12:22:09 PM
Clerk, U.S. District Court, ILCD

**U.S. Patent**  Aug. 28, 2001  Sheet 8 of 34  **US 6,279,550 B1**



**FIG 7**



**FIG 8**



FIG 9

U.S. Patent    Aug. 28, 2001    Sheet 11 of 34    US 6,279,550 B1



**FIG 9B**

U.S. Patent    Aug. 28, 2001    Sheet 12 of 34    US 6,279,550 B1



**FIG 10**



FIG 11



A – COMPRESSION BEGINS IN 2-STROKE AND 4-STROKE DIESEL CYCLE ENGINE
B – COMPRESSION BEGINS IN 2-STROKE AND 4-STROKE NEW CYCLE ENGINE
C – EXPANSION ENDS IN 4-STROKE DIESEL CYCLE ENGINE
D – EXPANSION ENDS IN 2-STROKE AND 4-STROKE NEW CYCLE ENGINE
E – EXPANSION ENDS (AT EXHAUST BLOW-DOWN) IN 2-STROKE DIESEL CYCLE ENGINE
V – SEE NOTE 1 IN DESCRIPTION

**FIG 12**

U.S. Patent        Aug. 28, 2001        Sheet 15 of 34        US 6,279,550 B1

COMPARISON OF OPERATING PARAMETERS OF A HEAVY DUTY TWO-STROKE DIESEL ENGINE (A) WITH THE ENGINE OF THIS INVENTION (B)

| ENGINE | COMPRESSION RATIO OR NOMINAL COMPRESSION RATIO | EFFECTIVE COMP RATIO | COMPRESSION PRESSURE (PSI) | TEMP @ END COMP (DEG F.) | TEMP @ END COMB (DEG F.) | CHARGE DENSITY (LB./CU. FT.) | EXPANSION RATIO | E.R. C.R. | CHARGE WEIGHT PER REVOLUTION (GRAMS) |
|---|---|---|---|---|---|---|---|---|---|
| A | 19:1 | 19:1 | 907 | 1300 | 3400 | 1.45 | *10:1 | 0.5 | 2.06 |
| B(ic) | 13:1 | 2:1 | 533 | 250 | 3000 | 2.03 | **19:1 | 1.5 | 2.86 |
| B(bp) | 13:1 | 13:1 | 533 | 992 | ^3100 | 1.01 | **19:1 | 1.5 | 1.43 |
| B2(ic) | 10:1 | 2:1 | 369 | 250 | ^2800 | 1.40 | **19:1 | 1.9 | 1.98 |
| B2(bp) | 10:1 | 10:1 | 369 | 871 | ^2900 | 0.75 | **19:1 | 1.9 | 1.06 |

\* Exhaust valve opens midstroke
\*\* Exhaust valve opens near BDC
(ic) Air charge intercooled except for last stage of compression
(bp) Intercoolers bypassed
^ Estimated

E.R. = EXPANSION RATIO
C.R. = COMPRESSION RATIO

FIG 13

U.S. Patent     Aug. 28, 2001     Sheet 16 of 34     US 6,279,550 B1

COMPARISON OF OPERATING PARAMETERS OF A HEAVY DUTY FOUR-STROKE DIESEL ENGINE (A) WITH THE ENGINE OF THIS INVENTION (B)

| ENGINE | COMPRESSION RATIO OR NOMINAL COMPRESSION RATIO | EFFECTIVE COMP RATIO | COMPRESSION PRESSURE (PSI) | TEMP @ END COMP (DEG F.) | TEMP @ END COMB (DEG F.) | CHARGE DENSITY (LB./CU. FT.) | EXPANSION RATIO | E.R. C.R. | CHARGE WEIGHT PER REVOLUTION (GRAMS) |
|---|---|---|---|---|---|---|---|---|---|
| A | 19:1 | 19:1 | 907 | 1300 | 3400 | 1.45 | 19:1 | 1.0 | *1.03 |
| B(ic) | 13:1 | 2:1 | 533 | 250 | 3000 | 2.03 | 19:1 | 1.5 | **2.86 |
| B(bp) | 13:1 | 13:1 | 533 | 992 | ^3100 | 1.01 | 19:1 | 1.5 | **1.43 |
| B2(ic) | 10:1 | 2:1 | 369 | 250 | ^2800 | 1.40 | 19:1 | 1.9 | **1.98 |
| B2(bp) | 10:1 | 10:1 | 369 | 871 | ^2900 | 0.75 | 19:1 | 1.9 | **1.06 |

\*   Per revolution, not per firing stroke  
\*\*   Per revolution and per firing stroke  
(ic)   Air charge intercooled except for last stage of compression  
(bp)   Intercoolers bypassed  
^   Estimated

E.R. = EXPANSION RATIO  
C.R. = COMPRESSION RATIO

FIG 14



**FIG 15**