**E-FILED**
Wednesday, 21 December, 2005 12:23:59 PM
Clerk, U.S. District Court, ILCD

U.S. Patent    Aug. 28, 2001    Sheet 18 of 34    US 6,279,550 B1



**FIG 16**



**FIG 17**

U.S. Patent    Aug. 28, 2001    Sheet 20 of 34    US 6,279,550 B1



**FIG 18**

1:05-cv-01394-MMM-JAG    # 6    Page 4 of 10



**FIG 19**



FIG 20



FIG 21

FIG 23

FIG 22

FIG 24



**FIG 25**

U.S. Patent    Aug. 28, 2001    Sheet 25 of 34    US 6,279,550 B1



FIG 26

U.S. Patent    Aug. 28, 2001    Sheet 26 of 34    US 6,279,550 B1



FIG 27



**FIG 28**