E-FILED
Wednesday, 21 December, 2005  12:25:32 PM
Clerk, U.S. District Court, ILCD

**U.S. Patent**     Aug. 28, 2001     Sheet 28 of 34     US 6,279,550 B1



# FIG 29



# FIG 30



# FIG 31



# FIG 32



*FIG 33*



**FIG 34**



*FIG 35*