Caterpillar Inc. v. Entec Engine Corporation and Clyde C. Bryant

## CATERPILLAR INC.'S COMPLAINT FOR DECLARATORY RELIEF

EXHIBIT "B"
Part I



US006951211B2

## (12) United States Patent
### Bryant

(10) Patent No.: **US 6,951,211 B2**
(45) Date of Patent: **Oct. 4, 2005**

(54) **COLD AIR SUPER-CHARGED INTERNAL COMBUSTION ENGINE, WORKING CYCLE AND METHOD**

(76) Inventor: **Clyde C. Bryant**, 410 Trammell Dr., Alpharetta, GA (US) 30004

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/385,588**

(22) Filed: **Mar. 11, 2003**

(65) **Prior Publication Data**
US 2004/0123849 A1 Jul. 1, 2004

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 10/206,847, filed on Jul. 26, 2002, now abandoned, which is a continuation-in-part of application No. 09/632,739, filed on Aug. 4, 2000, which is a continuation of application No. 08/863,103, filed on May 23, 1997, now Pat. No. 6,279,550, which is a continuation-in-part of application No. 08/841,488, filed on Apr. 23, 1997, now abandoned, which is a continuation-in-part of application No. 09/757,772, filed on Jan. 9, 2001, now abandoned, said application No. 10/385,588, is a continuation-in-part of application No. 10/029,224, filed on Dec. 20, 2001, now abandoned.

(60) Provisional application No. 60/022,102, filed on Jul. 17, 1996, provisional application No. 60/023,460, filed on Aug. 6, 1996, provisional application No. 60/029,260, filed on Oct. 25, 1996, provisional application No. 60/040,630, filed on Mar. 7, 1997, provisional application No. 60/175,597, filed on Jan. 11, 2000, provisional application No. 60/259,727, filed on Jan. 4, 2001, provisional application No. 60/278,030, filed on Mar. 22, 2001, provisional application No. 60/284,711, filed on Apr. 18, 2001, provisional application No. 60/296,620, filed on Jun. 7, 2001, provisional application No. 60/297,663, filed on Jun. 12, 2001, provisional application No. 60/340,728, filed on Oct. 22, 2001, provisional application No. 60/340,609, filed on Dec. 14, 2001, and provisional application No. 60/374,392, filed on Apr. 22, 2002.

(51) Int. Cl.$^7$ .................................................. **F02B 33/00**
(52) U.S. Cl. .................... **123/559.1**; 123/316; 123/432
(58) Field of Search ........................... 123/559.1, 564, 123/316, 432, 213, 216

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 1,562,692 A | 11/1925 | De Rochefort-Lucay ... 123/432 |
| 1,825,817 A | 10/1931 | Patterson .................. 123/559.1 |
| 1,963,780 A | 6/1934 | Du Bois ..................... 60/605.1 |
| 2,202,227 A | 5/1940 | Noland |

(Continued)

FOREIGN PATENT DOCUMENTS

| DE | 29 30 124 A1 | 2/1981 |

(Continued)

OTHER PUBLICATIONS

Diesel Engine Reference Book—LCR Lilly—Butterworth & Co.—1984.

(Continued)

*Primary Examiner*—Michael Koczo, Jr.
(74) *Attorney, Agent, or Firm*—Womble Carlyle Sandridge & Rice PLLC

(57) **ABSTRACT**

Working cycle for internal combustion engines, with methods and apparatuses for managing combustion charge density, temperature, pressures and turbulence (among other characteristics). At least one embodiment describes a super-charged internal combustion engine in which a supercharging portion of air is compressed, cooled and injected late in the compression process. A sub-normal compression ratio or low "effective" compression ratio initial air charge is received by a cylinder/compression chamber on the engine intake process, which during compression produces only a fraction of heat-of-compression as that produced by a conventional engine. During compression process, dense, cooled supercharging air charge is injected, adding density and turbulence above that of conventional engines with low "effective" compression ratio for this portion of air charge also. Compression continues and near piston top dead center, the air charge being mixed with fuel is ignited for power pulse followed by scavenging.

**28 Claims, 37 Drawing Sheets**



US 6,951,211 B2
Page 2

U.S. PATENT DOCUMENTS

| Patent No. | Date | Inventor | Class |
|---|---|---|---|
| 2,292,233 A | 8/1942 | Lysholm | 123/316 |
| 2,344,993 A | 3/1944 | Lysholm | 123/105 |
| 2,391,176 A * | 12/1945 | Mallory | 123/432 |
| 2,453,377 A | 11/1948 | Lozivit | 123/432 |
| 2,522,456 A | 9/1950 | Mallory | 123/432 |
| 2,594,845 A | 4/1952 | Baumann | 60/13 |
| 2,644,436 A | 7/1953 | Berlyn | |
| 2,670,595 A | 3/1954 | Miller | 60/13 |
| 2,773,490 A | 12/1956 | Miller | 123/316 |
| 3,015,934 A | 1/1962 | Miller | 123/316 |
| 3,186,388 A | 6/1965 | Bricout | 60/605.1 |
| 3,250,068 A | 5/1966 | Vulliamy | |
| 3,257,797 A | 6/1966 | Lieberherr | |
| 3,266,234 A | 8/1966 | Cook | 60/605.1 |
| 3,405,692 A | 10/1968 | Hanns-Dieter | |
| 3,964,451 A | 6/1976 | Goto | 123/432 |
| 4,020,809 A | 5/1977 | Kern et al. | |
| 4,033,304 A | 7/1977 | Luria | |
| 4,050,435 A | 9/1977 | Fuller, Jr. et al. | |
| 4,132,213 A | 1/1979 | Weaver | |
| 4,149,493 A | 4/1979 | Franke | 123/432 |
| 4,161,166 A | 7/1979 | Roznovsky | |
| 4,180,035 A | 12/1979 | Saiki et al. | |
| 4,206,728 A | 6/1980 | Trenne | |
| 4,315,488 A | 2/1982 | Tadokoro et al. | |
| 4,344,289 A | 8/1982 | Curiel et al. | |
| 4,387,672 A | 6/1983 | Crocker | |
| 4,423,709 A | 1/1984 | Arrieta | |
| 4,424,790 A | 1/1984 | Curtil | |
| 4,474,008 A | 10/1984 | Sakurai et al. | |
| 4,520,774 A | 6/1985 | Sitter | |
| 4,527,534 A | 7/1985 | Sakurai et al. | 123/432 |
| 4,554,890 A | 11/1985 | Okimoto et al. | 123/432 |
| 4,561,253 A | 12/1985 | Curtil | |
| 4,565,167 A | 1/1986 | Bryant | 123/70 |
| 4,566,422 A | 1/1986 | Tadokoro et al. | 123/432 |
| 4,572,114 A | 2/1986 | Sickler | |
| 4,633,844 A | 1/1987 | Okimoto | 123/432 |
| 4,643,049 A | 2/1987 | Nishikawa et al. | |
| 4,730,457 A | 3/1988 | Yamada et al. | 60/609 |
| 4,759,188 A | 7/1988 | Schatz | 60/605.1 |
| 4,815,423 A | 3/1989 | Holmer | |
| 4,833,971 A | 5/1989 | Kubik | |
| 4,841,936 A | 6/1989 | Takahashi | |
| 4,903,488 A | 2/1990 | Shibata | 60/609 |
| 4,934,344 A | 6/1990 | Perr | |
| 4,959,961 A | 10/1990 | Hiereth | 60/612 |
| 5,000,145 A | 3/1991 | Quenneville | |
| 5,012,778 A | 5/1991 | Pitzi | |
| 5,119,795 A | 6/1992 | Goto et al. | 123/563 |
| 5,191,867 A | 3/1993 | Glassey | |
| 5,251,595 A | 10/1993 | Wei-Min | |
| 5,255,641 A | 10/1993 | Schechter | |
| 5,327,856 A | 7/1994 | Schroeder et al. | |
| 5,327,858 A | 7/1994 | Hausknecht | |
| 5,333,456 A | 8/1994 | Bollinger | |
| 5,335,633 A | 8/1994 | Thien | |
| 5,363,816 A | 11/1994 | Yorita et al. | |
| 5,379,743 A | 1/1995 | Stokes et al. | |
| 5,408,979 A | 4/1995 | Backlund et al. | |
| 5,445,128 A | 8/1995 | Letang et al. | |
| 5,456,222 A | 10/1995 | Schechter | |
| 5,479,890 A | 1/1996 | Hu et al. | |
| 5,515,818 A | 5/1996 | Born | |
| 5,520,161 A | 5/1996 | Klopp | |
| 5,546,914 A | 8/1996 | Scheinert | |
| 5,549,095 A | 8/1996 | Goto et al. | |
| 5,564,386 A | 10/1996 | Korte et al. | |
| 5,586,526 A | 12/1996 | Lindquist | |
| 5,586,531 A | 12/1996 | Vittorio | |
| 5,611,204 A | 3/1997 | Radovanovic et al. | |
| 5,615,646 A | 4/1997 | Feucht | |
| 5,619,965 A | 4/1997 | Cosma et al. | |
| 5,645,030 A | 7/1997 | Letsche | |
| 5,649,516 A | 7/1997 | Laveran | 123/563 |
| 5,680,841 A | 10/1997 | Hu | |
| 5,682,854 A | 11/1997 | Ozawa | |
| 5,713,331 A | 2/1998 | Eisenbacher et al. | |
| 5,718,199 A | 2/1998 | Hu et al. | |
| 5,724,939 A | 3/1998 | Faletti et al. | |
| 5,732,678 A | 3/1998 | Lindquist et al. | |
| 5,778,674 A | 7/1998 | Kimura | |
| 5,787,859 A | 8/1998 | Meistrick et al. | |
| 5,809,964 A | 9/1998 | Meistrick et al. | |
| 5,813,231 A | 9/1998 | Faletti et al. | |
| 5,816,216 A | 10/1998 | Egashira et al. | |
| 5,829,397 A | 11/1998 | Vorih et al. | |
| 5,839,400 A | 11/1998 | Vattaneo et al. | |
| 5,839,453 A | 11/1998 | Hu | |
| 5,937,807 A | 8/1999 | Peters et al. | |
| 5,967,115 A | 10/1999 | Konopka et al. | |
| 5,970,929 A | 10/1999 | Tacquet | |
| 6,000,374 A | 12/1999 | Cosma et al. | |
| 6,003,316 A | 12/1999 | Baert et al. | |
| 6,006,706 A | 12/1999 | Kanzaki | |
| 6,012,424 A | 1/2000 | Meistrick | |
| 6,020,651 A | 2/2000 | Nakamura et al. | |
| 6,026,786 A | 2/2000 | Groff et al. | |
| 6,035,639 A | 3/2000 | Kolmanovsky et al. | |
| 6,035,640 A | 3/2000 | Kolmanovsky et al. | |
| 6,067,800 A | 5/2000 | Kolmanovsky et al. | |
| 6,067,946 A | 5/2000 | Bunker et al. | |
| 6,076,353 A | 6/2000 | Freudenberg et al. | |
| 6,082,328 A | 7/2000 | Meistrick et al. | |
| 6,095,127 A | 8/2000 | Kolmanovsky et al. | |
| 6,101,998 A | 8/2000 | Tamura et al. | |
| 6,128,902 A | 10/2000 | Kolmanovsky et al. | |
| 6,135,073 A | 10/2000 | Feucht et al. | |
| 6,148,778 A | 11/2000 | Sturman | |
| 6,170,441 B1 | 1/2001 | Haldeman et al. | |
| 6,178,749 B1 | 1/2001 | Kolmanovsky et al. | |
| 6,189,504 B1 | 2/2001 | Israel et al. | |
| 6,209,516 B1 | 4/2001 | Yamashita | |
| 6,223,846 B1 | 5/2001 | Schechter | |
| 6,234,123 B1 | 5/2001 | Iiyama et al. | |
| 6,237,551 B1 | 5/2001 | Macor et al. | |
| 6,244,257 B1 | 6/2001 | Hu | |
| 6,267,107 B1 | 7/2001 | Ward | |
| 6,273,076 B1 | 8/2001 | Beck et al. | |
| 6,279,550 B1 | 8/2001 | Bryant | |
| 6,301,887 B1 | 10/2001 | Gorel et al. | |
| 6,301,889 B1 | 10/2001 | Gladden et al. | |
| 6,302,076 B1 | 10/2001 | Bredy | |
| 6,439,195 B1 | 8/2002 | Warner | |
| 6,467,452 B1 | 10/2002 | Duffy et al. | |
| 6,571,765 B2 | 6/2003 | Kuboshima et al. | |
| 6,575,129 B2 | 6/2003 | Almkvist et al. | |
| 6,651,618 B1 | 11/2003 | Coleman et al. | 123/305 |
| 6,688,280 B2 | 2/2004 | Weber et al. | 123/305 |
| 6,722,349 B2 | 4/2004 | Leman et al. | |
| 6,732,685 B2 | 5/2004 | Leman | |
| 2001/0002379 A1 | 5/2001 | Schechter | |
| 2001/0023671 A1 | 9/2001 | Vorih | |
| 2002/0157623 A1 | 10/2002 | Turner et al. | |
| 2003/0145810 A1 | 8/2003 | Leman et al. | |
| 2004/0020204 A1 | 2/2004 | Callas et al. | 60/612 |
| 2004/0118118 A1 | 6/2004 | Weber et al. | |
| 2004/0206331 A1 | 10/2004 | Leman | |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| DE | | 31 24668 A1 | 1/1983 |

US 6,951,211 B2
Page 3

| | | |
|---|---|---|
| DE | 39 03 474 A1 | 2/1988 |
| DE | 39 03 474 A1 | 9/1989 |
| DE | FR 43 08 354 A1 | 9/1993 |
| DE | 44 40 289 A1 | 5/1996 |
| DE | 44 43 169 A1 | 6/1996 |
| EP | 0 275 244 | 1/1988 |
| EP | 0 961 018 A1 | 12/1999 |
| EP | 1 022 446 A1 | 7/2000 |
| FR | 2 583 108 A2 | 12/1986 |
| GB | 1331348 | 9/1973 |
| JP | 355153820 A | 12/1982 |
| JP | 58-62314 * | 4/1983 |
| JP | 358062314 A | 4/1983 |
| JP | 58-180 722 | 10/1983 |
| JP | 58-211 526 | 12/1983 |
| JP | 59 060034 A | 4/1984 |
| JP | 359188031 A | 10/1984 |
| JP | 60090926 | 5/1985 |
| JP | 61070130 | 4/1986 |
| JP | 63055324 | 3/1988 |
| JP | 363057822 A | 3/1988 |
| JP | 63198728 | 8/1988 |
| JP | 363268926 A | 11/1988 |
| JP | 363268927 A | 11/1988 |
| JP | 1024414 | 1/1989 |
| JP | 401083820 A | 3/1989 |
| JP | 05106415 A2 | 4/1993 |
| JP | 200120457 | 4/2000 |
| JP | 2000 120457 | 4/2000 |
| JP | 2000-145484 | 5/2000 |
| JP | 2000145484 | 5/2000 |
| JP | 2003262137 A | 9/2003 |
| SU | 248375 | 7/1969 |
| SU | 1247573 | 7/1986 |
| WO | WO 90/15917 | 12/1990 |
| WO | WO 98/02653 | 1/1998 |
| WO | WO 01/20150 | 3/2001 |
| WO | WO 01/46574 | 6/2001 |

OTHER PUBLICATIONS

SAE Technical Paper Series—A Review & Classification of Variable Valve Timing Mechanisms—Dresner et al.—Feb. 27, 1989–Mar. 3, 1989—pp. 1–14.
SAE Technical Paper Series—A Review of Variable Valve Timing Benefits & Modes of Operation—Dresner et al.—Aug. 7, 1989–Aug. 10, 1989—pp. 1–9.
Jacobs Vehicle Systems, VVA—Variable Actuation Systems—pp. 1–2.
Paxman Diesel Engines since 1934, pp. 1 and 9, Aug. 23, 2004.
ALSTOM Engines Paxman VP185—pp. 1–6.
The 8th Annual Automobile & Engine Technology Colloquium in Aachen—An Overview—Dipl.-Ing. Jörg Ballauf—pp. 1–5, Oct., 1999.
Sturman Industries—Hydraulic Valve Actuation—Sep. 5, 2004.
The Internal-Combustion Engine in Theory & Practice—vol. 1: Thermodynamics, Fluid Flow, Performance—Second Edition, Revised—Charles Fayette Taylor—1985.
The Internal-Combustion Engine in Theory & Practice—vol. 2: Combustion, Fuels, Materials, Design—Revised Edition—Charles Fayette Taylor—1985.

http://www.mazda.com.au/corpora/209.html, Oct. 16, 2001, p. 1–6.
Challen et al., "Diesel Engine Reference Book, Second Edition," SAE International, 1999, pp. 75, 81, 84, 146, and 263–305.
Edwards et al, "The Potential of a Combined Miller Cycle & Internal EGR Engine for Future Heavy Duty Truck Apps" SAE Int'l Congress & Expo, Feb. 23–Feb. 26, 1998.
Yorihiro Fukuzawa et al., "Development of High Efficiency Miller Cycle Gas Engine", Mitsubishi Heavy Industries, Ltd., Technical Review, vol. 38, No. 3, Oct. 2001, pp. 146–150.
Pending U.S. Appl. No. 10/992,198; Title: Combustion Engine Including Fluidically–Driven Engine Valve Actuator—Filing Date: Nov. 19, 2004.
Pending U.S. App. No. 10/992,137: Title: Combustion Engine Including Fluidically–Controlled Engine Valve Actuator—Filing Date: Nov. 19, 2004.
Pending U.S. Appl. No. 10/933,300; Title: Air & Fuel Supply System for Combustion Engine—Filing Date: Nov. 19, 2004.
Pending U.S. Appl. No. 10/992,074: Title: Combustion Engine Including Cam Phase–Shifting—Filing Date: Nov. 19, 2004.
Pending U.S. Appl. No. 10/992,866: Title: Air & Fuel Supply System for Combustion Engine With Particulate Trap—Filing Date: Nov. 19, 2004.
Pending U.S. Appl. No. 10/992,857: Title: Air & Fuel Supply System for Combustion Engine Operating at Optimum Engine Speed—Filing Date: Nov. 19, 2004.
Pending U.S. Appl. No. 10/992,897: Title: Air & Fuel Supply System for Combustion Engine—Filing Date: Nov. 19, 2004.
Pending U.S. Appl. No. 10/933,065; Title: Air & Fuel Supply System for Combustion Engine Operating in HCCI Mode—Filing Date: Nov. 19, 2004.
Pending U.S. Appl. No. 10/992,070: Title: Combustion Engine Including Exhaust Purification with On–Board Ammonia Production—Filing Date Nov. 19, 2004.
Pending U.S. Appl. No. 10/992,071; Title: Combustion Engine Including Engine Valve Actuation System—Filing Date Nov. 19, 2004.
Pending U.S. Appl. No. 10/992,069; Title: Air & Fuel Supply System for Combustion Engine—Filing Date Nov. 19, 2004.
Pending U.S. Appl. No. 10/992,125; Title: Air & Fuel Supply System for A Combustion Engine—Filing Date Nov. 19, 2004.
NOX Control in Heavy–Duty Diesel Engines—What is the Limit?—Dickey, Ryan III & Matheaus—International Congress & Exposition—Feb. 23-26, 1998—pp. 1–14.
http://www.mazda.com.au/corpora/209.html, Oct. 16, 2001, pp. 1–6.
Yorihiro Fukuzawa et al., "Development of High Efficiency Miller Cycle Gas Engine", Mitsubishi Heavy Industries, Ltd., Technical Review, vol. 38, No. 3, Oct., 2001, pp. 146–150.

* cited by examiner

U.S. Patent     Oct. 4, 2005     Sheet 1 of 37     US 6,951,211 B2



FIG 1



FIG 1C

FIG 2



FIG 2B



FIG 2C



FIG 2D

U.S. Patent    Oct. 4, 2005    Sheet 6 of 37    US 6,951,211 B2



**FIG 3**



**FIG 4**