E-FILED
Wednesday, 21 December, 2005  12:39:25 PM
Clerk, U.S. District Court, ILCD

**U.S. Patent**        Oct. 4, 2005        Sheet 7 of 37        US 6,951,211 B2



**FIG 5**

**FIG 6**



# FIG 7

# FIG 8



**FIG 9**

**FIG 10**



**FIG 11**



**FIG. 11B**



A — COMPRESSION BEGINS IN 2–STROKE AND 4–STROKE
    DIESEL CYCLE ENGINE
B — COMPRESSION BEGINS IN 2–STROKE AND 4–STROKE
    NEW CYCLE ENGINE
C — EXPANSION ENDS IN 4–STROKE DIESEL CYCLE ENGINE
D — EXPANSION ENDS IN 2–STROKE AND 4–STROKE
    NEW CYCLE ENGINE
E — EXPANSION ENDS (AT EXHAUST BLOW–DOWN) IN
    2–STROKE DIESEL CYCLE ENGINE
V — SEE NOTE 1 IN DESCRIPTION

## FIG 12



**FIG 13**

**FIG 15**

**FIG 14**

**FIG 16**



**FIG 17**

**U.S. Patent**    Oct. 4, 2005    Sheet 15 of 37    US 6,951,211 B2



## FIG 17B



**FIG 18**