**U.S. Patent**      Oct. 4, 2005      Sheet 17 of 37      US 6,951,211 B2



*FIG 18B*



# FIG 18C



**FIG 18D**

1:05-cv-01394-MMM-JAG    # 14    Page 4 of 11



# FIG 18E



**FIG 19**



# FIG 19B



## FIG 19C



# FIG 19D



**FIG 20**

**U.S. Patent**    Oct. 4, 2005    Sheet 26 of 37    US 6,951,211 B2



*FIG 21*

Addendum to Fig. 21

| ITEM | DESCRIPTION | FUNCTIONS |
|------|-------------|-----------|
| 2 | Secondary Relief Valve | Used to limit pressure in fuel tank. |
| 3 | Primary Relief Valve | Used to limit pressure in fuel tank. |
| 4 | Manual Vent Valve | Used to vent pressure from the fuel tank. |
| 5 | Economizer Regulator | Used to control operating pressure of the fuel tank. |
| 8 | Fill Check Valve | Used to prevent reverse flow in the fill line. |
| 9 | Excess Flow Valve | Used to restrict excess flow in event of a fuel line breakage. |
| 11 | Fuel Shut off Valve | Used to shut off fuel supply. |
| 12 | Probe Connection | Used to "feed thru" capacitor signal from tank to fuel sender. |
| 13 | Fuel Gauge Sending Unit | Used to convert the capacitance signal for the fuel gauge. |
| 14 | Fuel Gauge | Used to display fuel level in the tank. |
| 15 | Vaporizer | Used to convert the liquid fuel to gaseous fuel. |
| 16 | Vent Connection | Used to connect to the vent line. |
| 17 | Filling Connection | Used to fill the LNG fuel tank. |
| 18 | LNG Tank | Used to store LNG and supply fuel to the engine. |
| 19 | Fuel Tank Pressure Gauge | Used to display fuel tank pressure. |
| 20 | Liquid Withdrawal Tube | Used to deliver liquid. |
| 21 | Vapor Withdrawal Tube | Used to deliver vapor. |
| 22 | Liquid Spray Bar | Used to top fill the tank and collapse the vapor. |
| C-1 | Remote Fill Connection | Used to fill the LNG Fuel Tank. |

*FIG 22*