# Caterpillar Inc. v. Entec Engine Corporation and Clyde C. Bryant

## CATERPILLAR INC.'S COMPLAINT FOR DECLARATORY RELIEF

## EXHIBIT "B"
## Part II

U.S. Patent    Oct. 4, 2005    Sheet 28 of 37    US 6,951,211 B2



FIG 23



**FIG 24**

**FIG 24B**



FIG 25

FIG 25B



**FIG 26**



**FIG 27**

1:05-cv-01394-MMM-JAG    # 15    Page 7 of 10



**FIG 28**

U.S. Patent    Oct. 4, 2005    Sheet 34 of 37    US 6,951,211 B2



**FIG 29**



FIG 30



FIG 31