US 6,951,211 B2

79

40-B are also used to inject the pilot fuel from two or more systems, especially important for FIG. 19-B and FIG. 19-C systems.

In the engine of this invention, when diesel fuel is used, the density of the air-fuel charge can reach and even far exceed that which is obtainable in any Diesel Cycle engine, while maintaining a temperature before combustion, lower than the auto-ignition temperature of a diesel oil-air mixture which is produced by about an 8:1 compression ratio, thus making practical spark ignition, modified HCCI or true HCCI.

Further instruction for engine operation for HCCI Method C is found under HCCI Method A with references to the advantages of the various engine designs. The HCCI ignition system only has been described above. The engine working cycle is described below and in HCCI Method, A. HCCI Method C operates in any of the thirteen Operational Designs of the engine of this invention.

HCCI operation of the engine of FIG. 1 to FIG. 18-D operates selectively with an extended expansion ratio (with the exception of Operational Designs 1 and 2). All Operational Designs provide:

Higher efficiency.

Greater power and torque.

Longer engine life (due to lower RPM allowed by higher torque).

Multi-fuel capabilities.

Greater reliability.

All Methods after ignition of charge the power stroke take place in 4-stroke or 2-stroke engines, followed by scavenging process.

### Method D HCCI, Operational Design 17 Pilot Fuels with Low Auto-Ignition Temperature

The primary propulsion charge is taken into cylinder according to any of the Operating Designs 1 through 13. The compression stroke continues or takes place with the supplementary supercharging charge being injected and with the propulsion air-fuel homogenized and the temperature of the fuel-air mix at piston TDC adjusted to near auto-ignition, but the air-fuel propulsion charge is at a higher temperature than that of the auto-ignition temperature of the pilot fuel.

The propulsion air-fuel charge is now compressed stroke in cylinder 7 by piston 22 with preparation chamber 38' and combustion chamber 38 containing the entire propulsion charge above piston 22, at near auto-ignition temperature, at near TDC. The fuel-air charge is ignited by conventional spark plug or by HCCI for HCCI operation. Conduit 41, with fuel injector pump 42, (in phantom), FIG. 19 through FIG. 19-B, receives and contains pilot fuel, perhaps from a common fuel-rail. The pilot-fuel is an air-fuel mixture where the pilot fuel is one that has a lower auto-ignition temperature than that of the auto-ignition temperature of the fuel or air-fuel mix which powers the engine. Diesel fuel or diesel-air mix could be an appropriate pilot fuel for gasoline-air, dimethyl ether-air, natural gas-air or some of the alcohols as propulsion fuel operation.

The small amount of the engine's propulsion fuel mix in combustion chamber 38, is at a temperature less than its own auto-ignition temperature, but higher than the auto-ignition temperature of the pilot fuel, and is now pressed into pre-combustion chamber 38' near piston TDC. Simultaneously, a small amount of pilot fuel or pilot fuel-air mix in line 41 is injected by fuel injection pump 42, FIG. 19, into pre-combustion chamber 38'. (Alternatively, the pilot

80

fuel or pilot air-fuel mix can be injected through conduit 36 with valve 40, FIG. 19, controlling the injection.) The propulsion fuel-air mixture, now in pre-combustion chamber 38', which is hotter than the auto-ignition temperature of the pilot fuel, which is alternatively sans oxygen or pilot fuel-air mix, catalyzes the ignition of the pilot fuel which then causes oxidation of the engine's propulsion fuel and all expands into combustion chamber 38 where it raises the temperature of the entire air-fuel propulsion mix, broadly catalyzing the reaction, and causes oxidation of the entire charge by quickly raising the temperature of the air-fuel mix propulsion in combustion chamber 38. Piston 22 is pressed into the power stroke. (In the compact combustion chamber with the fuel air premixed (homogenized) and with the turbulence of the new engine system, the combustion will be far more complete than in a compression ignited (CI) engine).

### Direct Combustion Chamber Combustion

Again, the charge can be ignited by spark or alternatively, ignition can be catalyzed in the following manner: The pre-combustion chamber is eliminated, fuel pump injector 42 has an inlet conduit 41, FIG. 19, which is directly connected with combustion chamber 38 (not shown) and may intrude into chamber 38. After completion of the compression stroke and near TDC, with the entire propulsion charge being above piston 22 in combustion chamber 38, a small amount of pilot low-self-ignition-point fuel or air-fuel mix, which itself is at a temperature lower than auto-ignition, is injected by fuel pump 42 directly into the combustion chamber 38 of cylinder 7. The temperature of the propulsion air-fuel mix in combustion chamber 38, being higher than that which will cause the pilot or pilot air-fuel to auto-ignite, raises the temperature of the pilot fuel injected and catalyzes the ignition of the pilot fuel which in turn catalyzes the oxidation of the entire air-fuel charge in combustion chamber 38. The power stroke then takes place.

### Detailed Methods

More detailed operating methods are discussed in method A.

### True HCCI Method E, Operational Design 18 Universal Spontaneous Combustion

Referring now to FIG. 19-B, cylinder 7 is fitted with a combustion chamber 38 or, in addition, a pre-combustion chamber 38'. The fuel-air charge can be ignited by spark or by HCCI. For HCCI, either or both chambers have sensors to detect conditions in the chamber, e.g., temperature sensor 21', density sensor 21", and any other sensors needed to monitor other conditions such as oxygen levels, crank angle etc. These sensors relay messages to ECM-27, FIGS. 1 through FIG. 10, FIGS. 18, 18-B and 18-C which contains a computer to send messages to activators to operate various controls. These controls then adjust fluid flows and valve happenings and to either increase or decrease electrical energy, charge air density, in regard to the duty cycle of the engine, and to adjust the valving 3, 4, 5 and 6, along with heat-of-compression and to control the charge temperature near piston (TDC). The latter will be just above the temperature to cause the air-fuel charge to self ignite at TDC. The controls and methods are described in the descriptions for FIG. 19, FIG. 19-B, FIG. 19-C, FIG. 19-D, FIG. 1 and FIG. 2.

Optionally, each cylinder can have separate controls if needed. For multi-cylinder engines, as described under FIG.

19, FIG. 19-B and FIG. 19-C descriptions, each combustion chamber 38 or 38-B or pre-combustion chamber 38' can have at least two temperature sensors 21' and two pressure or density sensors 21". The computer of ECM-27 receives the message from each cylinder, finds the mean value of each, sums up the values individually or collectively, and calculates the mean values. ECM-27 then instructs the various heat and valving controls to adjust the density and temperature (in conjunction with the cylinders heat-of-compression) of the engine air-fuel charge in each cylinder near piston TDC to produce a proper density charge and temperature, which would be at auto-ignition temperature at piston TDC for the air-fuel propulsion mixture fueling the engine. The charge should ignite preferably at 10–15 degrees before or at TDC as detected by crank angle sensor. The arrangement, described for FIG. 16, provides double the "burn" time at piston TDC for many advantages in any engine.

In using the pre-combustion chamber 38', the temperature sensors 21' in combustion chamber 38, sense the temperature and relay the message to various controls to adjust conditions, including electrical heating or fluids in cooling ducts, to produce a temperature at that of auto-ignition, preferably at 10–15 degrees before or at piston TDC. Sensors 21' in pre-combustion chamber 38' relay a message to ECM-27 to adjust the controls of heating elements 37 and 39 in FIG. 19-B and/or to adjust cooling fluid flows, FIGS. 19-B, 19-C and 19-D to the proper temperature for catalyzing auto-ignition of the air-fuel charge in the pre-combustion chamber at that point. This will start the engine running and maintain smooth operation. The ancillary individual cylinder cooling system of FIG. 6 and FIG. 5, in which cooling is provided by cool air or by air chilled by expansion valve 4', all controlled by ECM-27, may be employed in temperature control.

After the engine is in operation, the heat of combustion will likely supply all of the needed heat plus some in excess. In order to reduce the heat level of either the pre-combustion chamber 38' or the combustion chamber 38, chill cooling channel 36-B and/or 41-B with control valves 40-B and/or 42-B and the appropriate cooling or heat control jackets and conduits arranged surrounding the chambers 38 and/or 38', as shown in FIGS. 19-B, 19-C and 19-D can be utilized, perhaps in conjunction with temperature control of FIGS. 6 and 5. The proper temperature and density air-fuel charge can be supplied by an arrangement similar to compressors 1, 5 and 2" and intercoolers 6, 9 and 11 of FIG. 11-B, with conduit 9', alternatively leading directly to valve 40 on conduit 36-B, FIGS. 19-B, 19-C and 19-D or alternatively to expansion valve 10', pressure-drop distributor 11', optional bypass system R-X and evaporator tubes 27'a–27'f, leading to valve 40-B on conduit 36-B of FIG. 19-B, FIGS. 19-C and 19-D. Water cooling may also be used, either in addition to air or chill air cooling, or alone. The water can also be pumped through channel 41-B, FIGS. 19-B, 19-C and 19-D with any optional pilot fuel taking a different route (not shown), if conduit and fluid jacket 36-B are occupied, to chamber 38', 38'B or to combustion chamber 38 or 38-B of FIG. 19-C or 19-D.

Optional Operating Modes

Particular engine working cycles and Operational Designs are described under HCCI method A.

True HCCI Method F, Operational Design 19
Universal Spontaneous Combustion

Referring now to FIG. 19-C, there is shown a hemispheric-plus (perhaps 300 degrees, more or less), shaped combustion chamber 38-B, containing all of the ducts, jackets, valves and controls pictured and described for FIG. 19-B which are operated and controlled in the manner suggested for FIG. 19-B system. The shape of the combustion chamber allows control of charge temperatures by the charge being surrounded by combustion chamber 38 and piston crown and by being fitted with a centralized temperature control 37 which are surrounded by the same channels 36-B and 41-B and heat elements 24 and 37. Accurate control of the temperature of the air-fuel charge near piston TDC in combustion chamber 19-C allows spark ignition or HCCI operation which is the auto-ignition and general simulation oxidation of the air-fuel propulsion charge. In FIGS. 19-B, 19-C and 19-D, the sensors 21' and 21" signal ECM-27, which in turn signals various valves, one being a variable opening expansion valve 40-B for expanding chilled high pressure air through the evaporator coil or jacket of 36-B of FIG. 19-B, FIGS. 19-C and 19-D. The sensors also adjust the appropriate air and/or water controls and the electric heater controls to balance the temperature at the required level to spontaneously ignite the charge at the time piston is near or at TDC. After starting and warming up, ECM-27 may alternatively begin using chill cooling with the aid of water cooling, if needed, to maintain auto-ignition temperature in the combustion chamber 38 of FIG. 19-B, FIG. 19-C or FIG. 19-D and the cylinder, FIG. 6, as needed. If combustion chamber 38-B, FIG. 19-C or 19-D requires cooling between firing strokes, the primary fresh or chilled charge air can be pulled through inlet intake valves 40 and/or 40' of chamber 38-B, FIG. 19-C or FIG. 19-D and through channel 22', instead of through intake valve 18'. Alternatively, fresh cool air may be inducted by conduit 41 and 41' of chamber 38-B and out through cylinder inlet channel 22' of chamber 38' of FIG. 19-B or 38-B of FIG. 19-C or FIG. 19-D by the intake (1st) stroke of piston 22. In either case, the inlet valves would close after receiving the desired initial charge of air according to the Operational Design chosen.

Control of heating elements 37 and 39 in FIGS. 19-B, 19-C and 19-D, also controlled by ECM-27 in balance with cooling and/or heating system 41-B and 36-B, in conjunction with the heat-of-compression and combustion heat keeps the charge heat at auto-ignition at piston 22 TDC. The cooling system for FIG. 6, with expansion valve 4' of FIG. 5, also controlled by ECM-27, can regulate the temperature of the charge in-cylinder to keep it below auto-ignition temperature until the charge is out of the cylinder and in the combustion chamber.

Engine Operational Design 4 of FIG. 2 could be used in some engines to help control the temperature. In this design, cylinder 7 and pre-combustion chamber 38' of FIG. 19, FIG. 19-B and FIG. 19-C or combustion chamber 38-B, FIG. 19-C and FIG. 19-D can receive and pump through a fresh, cool or expansion chilled air charge between each firing cycle, pulling fresh or chilled primary air through inlet valves 40 and/or 40' or through conduits 36-B or 41-B, which can optionally be present in engine design of FIG. 19-C and FIG. 19-D also and out the lower passage 22 on the intake stroke of piston 22. Then this cool or chilled primary charge air can be pumped through and out of cylinder 7, and out exhaust valve (not shown) or through combustion chamber 38-B or preparation chamber 38' of FIGS. 19-B, 19-C or 19-D, out ancillary outlet valve 40 and/or 40' and/or back out conduit 36-B or 41-B, FIG. 19-B, FIG. 19-C or FIG. 19-D or ancillary outlet valves 40 or 40' (not shown) in chamber 38' or 38-B.

As stated, in any of HCCI Designs A through G, cylinder 7, combustion chamber 38 and 38-B and preparation cham-

83

ber 38', if the latter is present, can also be cooled between firing strokes, if necessary, by inducing and expelling a fresh cool or expansion chilled air charge. Methods are described for Design 4, of the engine of FIG. 2, and for FIG. 2-C, FIG. 11-B, FIG. 18-B and FIG. 18-C.

Further instruction for engine operation for HCCI Method F is found under HCCI Method A with references to the advantages of the various engine designs. The engine working cycle is described for engines Operational Designs 1 through 13. HCCI Method F operates in all Operational Designs 1 through 13.

The advantages of this engine cycle are:
Higher efficiency.
Greater power and torque.
Longer engine life.
Multi-fuel capabilities.
Greater reliability.

The operation of the engine is the same as the basic engines of FIG. 1 to FIG. 5 and FIG. 7 and FIGS. 8–10 and FIG. 18, FIG. 18-B and FIG. 18-C, utilizing either of engine Operational Designs 1 through 13 for greater torque, power, and durability with low fuel consumption and ultra low polluting emissions.

Advantages:
Ultra low emissions.
Greater power.
Increased fuel economy.
Increased engine durability.
Multi-fuel capability.

True HCCI Method G, Operational Design 20
Universal Spontaneous Combustion

Referring now to FIG. 19-D, there is shown a hemispheric-plus (perhaps 300 degrees, more or less, shaped combustion chamber 38-B, containing all of the ducts, jackets, valves and controls pictured and described for FIG. 19-B and FIG. 19-C which are operated and controlled in the manner suggested for FIG. 19-B, FIG. 19-C system. The shape of the combustion chamber allows control of charge temperatures by the charge being surrounded by combustion chamber 38 and piston crown. Alternatively, the combustion can be cylindrical as indicated by phantom lines 38-C. Accurate control of the temperature of the air-fuel charge near piston TDC in combustion chamber 19-D allows spark ignition or HCCI operation which is the auto-ignition and general simulation oxidation of the air-fuel propulsion charge. In Designs, FIGS. 19-B, 19-C and 19-D, the sensors 21' and 21" and any other sensors required, signal ECM-27, which in turn signals various valves, one being a variable opening expansion valve 40-B for expanding chilled high pressure air through the evaporator coil or jacket of 36-B of FIGS. 19-B, 19-C and 19-D. The sensors also adjust the appropriate air and/or water controls and the electric heater units 39 and 37 (37 being both optional spark plug 37 and central heater optionally combined as needed), in conjunction with heat-of-compression, to balance the temperature at the required level to spontaneously ignite the charge at the time piston is near or at TDC. After starting and warming up, ECM-27 may alternatively begin using chill cooling with the aid of water and cooling, if needed, to maintain auto-ignition temperature in the combustion chamber 38-B of FIG. 19-B or FIG. 19-C and FIG. 19-D and the cylinder (FIG. 6), as needed. If combustion chamber 38-B, FIGS. 19-B, 19-C and 19-D requires cooling between firing strokes, the primary fresh or chilled charge air can be pulled through inlet valves

84

40 and/or 40' of chamber 38-B, FIGS. 19-C and 19-D. Alternatively, fresh cool air may be inducted through conduit 41-B and its cooling jacket of chamber 38-B of FIGS. 19-B, 19-C and 19-D and through cylinder inlet channel 13 of chamber 38' of FIG. 19-B or channel 22' of FIGS. 19-C and 19-D by the intake (1st) stroke of piston 22. In either case, the inlet valve 40 or 40' would close after receiving the desired initial charge of air according to the Operational Design desired.

Control of heating elements 37 and 39 in FIGS. 19-B, 19-C and 19-D, also controlled by ECM-27 in balance with cooling system 41-B and 36-B in conjunction with the heat-of-compression, and combustion heat keeps the charge heat at auto-ignition level at piston 22 TDC. The cooling system for FIG. 6, with inlet orifice or expansion valve 4' of FIG. 6, also controlled by ECM-27, can regulate the temperature of the charge in-cylinder to keep it below auto-ignition temperature until the charge is out of the cylinder and in the combustion chamber.

Engine Operational Design 4 of FIG. 2 could be used in some engines to help control the temperature. In this design, cylinder 7 and pre-combustion chamber 38' of FIG. 19 and FIG. 19-B or combustion chamber 38-B of FIG. 19-C and FIG. 19-D can receive and pump through a fresh, cool or expansion chilled air charge between each firing cycle, pulling fresh or chilled air on the intake stroke through inlet valves 40 and/or 40' or through conduits 36 or 41, which can optionally be present in engine design of FIG. 19-C and FIG. 19-D also and out the lower passage 22" on the intake stroke of piston 22. Then this cool or chilled primary charge air can be pumped through and out of cylinder 7, and out exhaust valve (not shown) or through combustion chamber 38-B or preparation chamber 38' of FIG. 19-B, out ancillary outlet valve 40 and/or 40' and/or back out conduit 36-B or 41-B, FIG. 19-B-FIG. 19-C or ancillary outlet valves (not shown) in chamber 38', 38 or 38-B.

As stated, in any of HCCI Designs A through G, cylinder 7, combustion chamber 38, 38-B and preparation chamber 38', if the latter is present, can also be cooled between firing strokes, if necessary, by inducing and expelling a fresh cool or expansion chilled air charge. Methods are described for Design 4, of the engine of FIG. 2, and for FIG. 2-C, FIG. 11-B, FIG. 18-B and FIG. 18-C.

Further instruction for engine operation for HCCI Method G is found under HCCI Method A with references to the advantages of the various engine designs. The engine working cycle is described for engines Operational Designs 1 through 13. HCCI Method G operates in all Operational Designs 1 through 13.

The advantages of this engine cycle are:
Higher efficiency.
Greater power and torque.
Longer engine life.
Multi-fuel capabilities.
Greater reliability

Method G

Operation of the HCCI Engine

The operation of the engine is the same as the basic engines of FIG. 1 to FIG. 5, FIG. 7, FIGS. 8 to 10, FIG. 18, FIG. 18-B and FIG. 18-C, utilizing any of engine Operational Designs 1 through 13 for greater torque, power and durability with low fuel consumption and ultra low polluting emissions.

85

The means on initial temperature control is described above and for method G consisting of adjusting charge temperature at a level just below auto-ignition temperature of the fuel-air propulsion mix. Auto-ignition is accomplished by a last moment, sudden increase in heat-of-compression at near piston TDC with an alternative and optional means of spark ignition, the latter to insure reliability.

Ignition

Charge density has been adjusted to the requirements of the duty cycle of the engine. The charge temperature has been adjusted to a level less than auto-ignition for spark ignition and at near TDC, the charge is ignited in that manner.

The HCCI operation charge temperatures are adjusted by means described in method 1, FIGS. 19, 19-B, 19-C and 19-D. At near TDC, for example, at the point projection 22' on piston 22 enters port 22" of combustion chamber 38-B, sensors 21' and 22" with perhaps other sensors sense and signal the temperature and density levels to ECM-27 to adjust flow rates by way of valves 3, 4, 5,6 and 10' to produce the conditions of the air-fuel charge desired at that particular point.

This temperature is slightly lower than auto-ignition temperature. As piston 22 completes the compression stroke, the outer face of the piston rises to nearly flush with the face of the engine head 10 and piston projection 23 has entered port 24 of head 4 and is now flush with the lower part of combustion chamber 38-B (chamber 38-B may be semi-hemispherical or cylindrical in shape as illustrated by 38-B and 38-C [the latter in phantom] of FIG. 19-D).

As piston crown A approaches face of engine head 4, piston projection 22' enters and continues to travel in the restricted space of combustion chamber port 22". (There are no pressure sealing rings on piston projection 22'). This means that as piston crown A approaches engine head face 4, all of the fuel-air charge above the full piston crown is compressed toward and into port 22" and escapes confinement in the cylinder 7 by being forced through the small space surrounding projection 22' traveling up into combustion chamber 38-B or optionally 38-C. As pressures above piston crown A and in chamber 38-B attempt to equilibrate, vortical motion occurs in the fluids in the narrow passages between 22' and 22" and throughout chamber 38-B, further stirring and mixing the fuel-air charge. This produces equilibration in fuel, air and temperature of mixture and assures absence of cyclic variations as combustion occurs.

The sudden rise of temperature in the fuel-air charge at this time, caused by the short projection 22' producing instantaneous pressure and heat increase. causes a uniform low temperature universal oxidation of the charge which is true HCCI operation.

The engine can be alternatively started up by spark plug 37 firing at TDC which is the last position for firing and obtaining maximum efficiency. In a few moments, the temperature in chamber 38-B will become conducive to spontaneous ignition and ECM-27 tells spark plug to cease firing.

Optionally, ECM-27 tells the electronic ignition system each time a cylinder should fail to fire, then spark plug 37 will spark just after auto-ignition should fail to occur. This assures reliable cylinder firing.

Alternatively, spark plug 37 may continue firing at TDC. This is a little later than optimum ignition timing. Therefore, at such a time that auto-ignition should fail to occur, then only perhaps 5 degrees crank angle later, spark plug 37 fires to ignite the charge, assuring fail-safe and smooth engine ignition.

86

Refrigeration Cooling and Powering by Compressed or Liquified Natural Gas or Hydrogen

Briefly noted, there is shown three schematic drawings, (FIG. 20, FIG. 21 and FIG. 23) representing yet another embodiment of apparatuses useful in the field of air conditioning, power generation and heating, from which yet other methods of operation can be performed and will be described. Six alternative systems are depicted, utilizing highly condensed gas, such as compressed natural gas or hydrogen or liquefied natural gas or liquefied hydrogen for, (1) compression refrigeration before the gas is combusted by being consumed for (2) gas fired absorption chillers, or (3) burned in reciprocating or rotary turbine engines or (4) consumed for furnace for steam turbines or (5) consumed for space heating. For liquefied natural gas, the first task is optionally cryocooling which is then followed by the several succeeding tasks.

Co-Generation Using Compressed Natural Gas or Compressed Hydrogen for Compression-Expansion and Absorption Chilling or Fueling Other Combustion Tasks with Only Combustion Consuming the Gas

Referring now to FIG. 20, shown is a schematic sectional view of a natural gas or hydrogen transmission pipeline, 1 or a compressed natural gas or hydrogen gas storage tank 1a, (in phantom). Both of these have an associated outlet conduit 2, a conduit (in phantom) from conduit 43, FIG. 21, optional pressure regulator 3, conduit 3' optional pressure regulator 4, metering or expansion valve 10', pressure-drop-distributor 11', distributor tube(s) or evaporator coils 17a, freezer-chiller box 5, air inlet conduit 6a, air outlet conduit 6, collective conduit 7, optional gas heater/cooler or compressor 8, and box 9. Apparatus 5 in FIG. 20 represents a compression-expansion refrigeration system for various cooling tasks, including space cooling, engine intake air cooling, refrigerator or freezer, etc. Box 9 represents a gas fueled refrigerator (absorption chiller) or a gas fueled and cooled internal combustion engine (ICE) or a gas fueled and cooled gas rotary turbine engine or a gas fueled steam turbine or a gas fueled boiler furnace, or a gas fueled furnace space heater, or any other system operated or fueled by gas, natural or hydrogen or by any other suitable flammable gas. Associated with item 9 are a vent or exhaust pipe 12, optional heat exchanger 13 and vent or exhaust line 14. All of these are designed for utilizing compression cooling, absorption cooling and fueling by compressed natural gas (CNG), compressed hydrogen ($CH_2$) or as depicted and described for FIGS. 21 and 22 for liquefied natural gas (LNG) or liquefied hydrogen (LH) to perform work before the gas is consumed as fuel in 9 of FIG. 20.

In addition, optional components in FIG. 20 (in phantom) are: a desiccant system 18, desiccant wheels containing silica gel or other desiccants 19, drying heater 20, drying vent 22, gas supply line 23 leading from conduit 16, to fuel control-pressure regulator 21 (optional), optional hot exhaust line 28 leading to desiccant dryer 20, for drying desiccant, chilled air outlet register 25, optional conduit 6 line block 26 (in phantom) and chilled air outlet register 27.

Co-Generation Using Liquefied Natural Gas (LNG) or Liquefied Hydrogen (LH) for Cryogenic Cooling Compression-Expansion Cooling, Absorption Cooling and Fueling Tasks

Referring now to FIG. 21, there is shown a schematic sectional view of a storage tank 18, containing liquefied gas,

US 6,951,211 B2

| 87 | 88 |

such as liquefied natural gas (LNG) or liquefied hydrogen (LH), with associated liquid outlet withdrawal tube 20, flow economizer regulator 5, associated conduit fuel shut off valve 11 and associated conduit leading to excess flow valve 9 with associated conduit leading to optional cryogenic pump 40. Optional pump 40 has an optional bypass system comprised of bypass valve 35 and conduit 34, to be used at any time cryogenic pump 40 is not required. A conduit 43 conveys liquefied gas to optional pressurizer 15 through which the conduit optionally forms coils and exits to an optional shut-off valve 5' on associated conduit 43. Pressurizer 15 receives the LNG or LH effluent in a conduit 43 which coils inside the pressurizer casing in order to expose the coil to an optional fluid which is optionally pumped through, and then, after operating pressure builds in pressurizer 15, the LNG or LH exits to conduit 43 outlet. An inlet port 41 to the pressurizer 15 can optionally conduct fluid (air or liquid) through and around pressurizer 15 coils. The warming fluid is then expelled through duct or port 42, optionally to the atmosphere. The LNG or LH is slightly warmed in 18 or 15, if necessary, to raise boil-off vapor pressure in tank 18 or in pressurizer 15 to expel the liquefied gas through conduit 43 which is alternatively connected to conduit 2 in FIG. 20. Conduit 43 is first alternatively connected to inlet of flexible duct 4 within electric superconductor cable 3 of FIG. 23 with the exit port 4' of duct 4 being now connected to conduit 2 in FIG. 20. (When liquefied gas is used first to super cool electric power cable 3, FIG. 23, the liquefied gas tank 18 or pressurizer 15 is kept cold and not heated, but pumped from tank 18 by cryogenic pump 40 and out conduit 43 and first through conduit 2, FIG. 20 and to succeeding apparatuses.) This provides two preferred means of supplying LNG or LH at a volume and pressure needed to alternatively push the liquefied natural gas or hydrogen through (a) cryocooling tube 4 in FIG. 23 for sub-cooling electric superconductor power cable 3, as depicted in FIG. 23 and then into a pressurizer, as 15, FIG. 21, to build pressure required for (b) compression-expansion refrigeration shown in FIG. 20. These two refrigeration systems can be accomplished with no chemical change in the gases. Another use of the same gas can be for a third refrigeration system which is labeled here as (c) absorption-refrigeration, a system which consumes the gas as fuel. Therefore, the gas can be used for two tasks before being consumed in a third task, thus providing a co-generation system in which one volume of gas performs three services. Other optional tasks for this chemically unchanged fuel are (d) firing a gas turbine for producing power, (e) firing steam turbine for electric power production, (f) engine (ICE or turbine) charge air chilling, (g) firing a reciprocating ICE for electric power production and (h) firing space heating furnace and other apparatuses, depicted in FIG. 20. These latter described operations are accomplished and fueled by CNG or LNG, or $CH^2$ or LH and associated apparatuses. System (c) to (g) consume LNG or LH as operating fuels after the LNG or LH has already performed tasks (a) and/or (b), indicated above. As indicated above, the same units of liquefied gas can supercool electric superconductor cable 3, air-condition the power plant (after exiting the cable duct), spin an impulse turbine and fuel a gas turbine or ICE which produces the electric power, or alternatively provided absorption chilling, steam turbine, heating furnace, etc.

Operation of LNG or LH Fuel Tank

Boil-off vapor pressure in fuel tank 18, with back pressure up o 280 psi, presses the liquefied gas out liquid withdrawal tube 20 through valves 11 and 9, through valve 35, bypass conduit 34, through optional pressurizer 15 and out conduit 43, which in use is alternatively connected to inlet port 4 of cryogenic cooler tube 4 of electric superconductor cable 3, shown in FIG. 23 and which outlet 4' of tube 4 is alternatively connected to conduit 2 in FIG. 20. Alternatively, outlet 43 of FIG. 21 is connected directly to conduit 2 in FIG. 20 when cryogenic cooling is not needed. If the boil-off pressure in tank 18 is too low, bypass valve 35 optionally directs the LNG or $LH_2$ from tank 18 to cryogenic pump 40 which pumps the effluent through conduit 43. If needed and cryogenic cooling is not required, atmospheric air or other fluid is pumped into inlet duct 41 of pressurizer 15 and circulates around conduit 43 and the exists through port 42 after imparting slight heat to the liquefied gas, causing pressurizer 15 to build desired pressure. Alternatively, boil-off vapor pressure is allowed to build in tank 18 by inducing slight heat in tank and/or by restraining the boil-off pressure until desired operating pressure is attained to express the liquefied gas from conduit 4. At the point the boil-off pressure is to drive the vanes of the turbine, the liquefied gas is completely vaporized, optionally in a system such as vaporizer 15 of FIG. 23. When an impulse turbine is to be driven by compressed or vaporized liquid gas, it is a driver solely or in a co-generation system and is fitted into the scheme at the place in the system that the compressed gas or the liquefied gas vapor is best suited as an impeller. Then the gas is collected for further use.

The LNG or LH in tank can be kept at the desired temperature and the liquefied gas is pressed out conduit 43 outlet, and, in the case of the first use suggested, into inlet 4 of superconductor conduit and through conduit 4 of FIG. 23. Then after cooling superconductor cable 3, it exits an outlet duct or valve 4', FIG. 23 into a system to re-liquefy or store what now may be partial gas effluent, or alternatively into conduit 2 of FIG. 20 by way of conduit (in phantom) depicted as being from 43 of FIG. 21. Hereafter, it can operate any or all of the apparatuses depicted and described for FIG. 20 and alternatively driving a turbine. Alternatively, the LNG or LH from conduit 43 may go directly from conduit 43 of FIG. 21 to conduit 2 of FIG. 20, or to any or all of the apparatuses depicted and described for FIG. 20. For example, it can go directly to fuel the turbine or ICE 9 of FIG. 20 which is preferable to the engine producing the electric power going through electric superconductor cable 3. Alternatively, expansion valve 10' of chilled system of FIG. 20 creates back-pressure needed in pressurizer 15 or LNG or $LH_2$ tank 18, to build operating pressure (ideally 200–280 psi) for expansion chilling of item 5 (in this case, a refrigerator) of FIG. 20, or to drive a turbine, also represented by item 5, whether conduit 43, FIG. 21, leads first to conduit 2 of FIG. 20, or to conduit 4 of FIG. 23.

The boil-off pressure in tank 18 can be sufficient to present the amount of liquefied gas needed to supply the equipment depicted in FIG. 23 and FIG. 20. Alternatively, valve 35, FIG. 21 is closed to bypass conduit 34 and the liquefied gas is pumped by cryogenic pump 40 through the pressurizer 15, where the liquefied gas builds pressure, if needed, to the desired level within pressurizer 15 and then, at the pressure desired, expels the LNG or LH out conduit exit port 43 into conduit 2 of FIG. 20 or alternatively, (without the temperature being changed and preferably at minus 260° F. or lower) through inlet 4 of conduit 4' of FIG. 23 and from outlet of conduit 4' FIG. 23. From there, the liquefied gas can be optionally ducted to conduit 2 of FIG. 20 and/or to any of the other apparatuses described. Cryogenic pump 40 prevents any unwanted pressure escaping the pressurizer 15 back into LNG or LH tank 18, if the pressure

in 15 is greater than that desired in tank 18. Ideally, boil-off vapor pressure in storage tank 18 will present the LNG or LH to conduit 43 bypassing cryogenic pump 40, by bypass system 35 and 34 when the level of pressure in tank 18 is that desired. The temperature in tank 18 is determined by the pressure of the LNG or LH stored in the tank and which pressure can be adjusted as also in pressurizer 15 (As stated earlier, the pressure desired in tank 18 can be produced by exerting back pressure on the tank 18 until working pressure is attained or by slight heating of contents).

If necessary, the pressure is produced in pressurizer 15 by passing fluid in inlet port 41, through casing of pressurizer 15 and out port 42. The temperature adjusting fluid in casing of 15 can be a fluid such as liquid or other type of coolant or preferably return or ambient temperature-air from cooled or heated space such as a building, or even ambient temperature atmospheric air. In either case, the chilled fluid exiting port 42 can be directed to supplement other means of chilling or provide primary chilling for a truck-cab or bus, etc. Not much heat is required to raise the pressure of LNG or LH in tank 18 or 15. The former generally is stored at 260° below zero F. temperature. LH is stored at minus 460 degrees Fahrenheit For expansion chilling with LNG or LH, the temperature in 18 or 15 could be as low as minus 168° F., or lower, and for compressed gas, perhaps a pressure of 260 psi or even lower. (A passenger bus powered by CNG, LNG, CH or LH can very economically provide air conditioning for the passengers and then use the chemically unaltered gas to power the bus engine.) This system can also be utilized for refrigerated trucks, etc.)

Using a conventional air-conditioning system, a fifty passenger bus would require about 50 horse power of energy to air-condition the vehicle. This amount of fuel can be conserved by utilizing a co-generation system in which expanding gas produces work as described herein.

Operation Method

Compressed gases, such as natural gas and hydrogen are obtained from a storage tank such as tank 1a or from pipeline 1, of FIG. 20. Liquefied gases are provided by tanks as in FIG. 21, item 18. In the case of compressed gas, it can be stored at pressures of 3,600 psi, and can be obtained by pipeline at nearly the same pressures. Liquefied gases can super-cool and afterward develop working pressure and perform work and the same gas can then be consumed as fuel. Described here are methods of utilizing the super-cooling ability of liquefied gas and the pressure drop of liquefied or compressed gas, in either case, to perform work before the gas is consumed as fuel.

Item 4, FIG. 23 is a flexible duct for (a) cryo-cooling an electric super-conductor cable. Box 5, FIG. 20 represents (b) a refrigerator/freezer or air conditioner or (c) an impulse turbine. Box 9 represents one or more additional tasks which can be performed in which the same gas can now be consumed as fuel. These are (1) gas fueled absorption chiller, (2) a gas fueled internal combustion engine (ICE), (3) a gas fueled rotary turbine, (4) a gas fueled steam turbine, (5) a gas fueled space heating furnace, or any other system fueled by gas, natural or hydrogen. The gas can be used as in FIG. 20 and FIG. 23 for one or more chilling systems or to drive an impulse turbine and then, as shown in conduits 16 and 29, the gas can then be directed to one or more other tasks, or conduit 16 can have any number of division into conduits to supply any or all of the systems (1) through (5) suggested herein.

System (A), in which LNG or LH alternatively is ducted first for (a) supercooling superconductor cable 3 through flexible duct 4, FIG. 23 and then by conduit 2 through optional pressure regulators 3 or 4, FIG. 20 for optionally adjusting the mixture of liquid and gaseous gas volume and pressure to that ideal for performing the next task, in which the fuel is expanded by expansion valve 10' for the second task, (b) freezing, chilling or air conditioning, (c) driving an impulse turbine and (d) providing fuel needed for the third task, absorption chilling or fueling a gas turbine or any other system described for 9 of FIG. 20. First, the liquefied gas is channeled into flexible duct opening 4 of superconductor electric cable 3 and out end of duct 4' to go collectively with other gases already used for super-cooling to be re-liquefied or alternatively directed to conduit 2, FIG. 20 to first provide "expansion" chilling or optionally, if the pressure is too low, to pressurizer similar to item 15, FIG. 21, if necessary, to build operating pressure. It is then directed through conduit 2 of FIG. 20 or, alternatively, the affluent goes directly from conduit 43 of FIG. 21 to conduit 2 of FIG. 20. It then goes to metering or expansion valve 10', pressure-drop-distributor 11' and distribution tubes (evaporator coils) 17a. The LNG gaseous mixture or LH gaseous mixture expands in expansion valve 10', pressure drop distributor 11, evaporator coils 17a, thus forming a refrigerator system, alternatively providing chill cooling for space air-conditioner, freezer-chiller, or for chilling through-put dry air or for driving an impulse turbine, all represented by 5, FIG. 20. Alternatively, the air is dried by 19 before chilling in 5 and the chilled air with increased flow is then passed to 9 where the air is further chilled by 9 (as 9 here represents an absorption chiller). Alternatively, the chilled air in duct 6 from chiller 5 is blown through register 25 for servicing one purpose. In this case, duct 6 is blocked at 26 and absorption cooler receives dry air from duct 24, off of duct 6a from desiccantor 18, after drying by desiccant 19 in 18. The air from duct 24 is then chilled in absorption chiller 9 and blown through register 27, to fulfill the same purpose or a different one from the chilled air that emitting from duct 25.

Alternatively, the compressed or liquefied gas is directed from the first chosen task to any task or tasks suggested and is not necessarily used in the order suggested.

After the liquefied gas has been used to a) cryogenically cool superconductor cable 3 and after the gas has emerged from b) the task of chiller box 5 (intake charge air for a gas turbine, or ICE, or refrigerating/freezing or providing air conditioning 25), the chemically unaltered gas is collected and directed by duct 7 through 8 which is a heat exchanger for heating the gas as for fueling a gas turbine or alternatively, 8 is a compressor for recompressing the gas fuel, and for suction to enhance cooling, and for c) fueling ICE or gas turbine 9. The gas is ducted by conduit 16 to fuel absorption cooler 9 or for one or more of the other tasks mentioned that consumes gaseous fuel, such as gas turbine, steam turbine, internal combustion engine (ICE), steam engine, space heating, etc.

The description of the desiccantor 18 system, FIG. 20, that air passes through for drying contains wheels 19', containing a desiccant, such as silica gel through which the air passes. The desiccant is dried by gas or electric burner 20 which is alternatively supplied gas fuel through tubing 23, fed from conduit 16. The dry air is then passed through chiller 5 and alternatively to register 25 where the cold air is dispersed to a room, etc., with duct 26 being closed. Alternatively, a second portion of dry air is fed absorption chiller 9 by conduit 24 where it is chilled by absorption chiller 9 and blown through register 27 for more cooling of perhaps another or same place or for another task. After firing (fueling) absorption chiller 9, the combusted gases are