# UNITED STATES DISTRICT COURT

Central  DISTRICT OF  Illinois

CATERPILLAR INC.

V.

ENTEC ENGINE CORPORATION, a corporation and CLYDE C. BRYANT, an individual

**APPEARANCE**

Case Number: 1:05-cv-01394-MMM-JAG

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ENTEC ENGINE CORPORATION, a corporation and CLYDE C. BRYANT, an individual

I certify that I am admitted to practice in this court.

| January 23, 2006 | *[signature: Fred E. Schulz]* |
|---|---|
| Date | Signature |

| Fred E. Schulz | #02156500 |
|---|---|
| Print Name | Bar Number |

WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive - Suite 2800
Address

| Chicago, | Illinois | 60606-1229 |
|---|---|---|
| City | State | Zip Code |

| 312/201-2658 | 312/201-2555 |
|---|---|
| Phone Number | Fax Number |

CERTIFICATE OF SERVICE

I, the undersigned, a non-attorney, certify that I served a true and correct copy of the foregoing Appearance upon all counsel of record by enclosing said copy in an envelope, with proper postage affixed, and depositing said envelope in the U.S. Mail at 225 West Wacker Drive, Chicago, Illinois 60606-1229 before 5:00 p.m. on January 23, 2006.

*[signature: Michelle H. Kmiec]*

[x]   Under penalties as provided by law pursuant to
      735 ILCS 5/1-109, I certify that the statements
      set forth herein are true and correct.

CATERPILLAR v. ENTEC

1:05-cv-01394-MMM-JAG - (USDC/CDIL-PEORIA)

SERVICE LIST

| | |
|---|---|
| Robert G. Abrams, Esq.<br>HOWREY SIMON ARNOLD & WHITE LLP<br>1299 Pennsylvania Avenue NW<br>Washington, DC  200004-2402<br>202/383-0800<br>202/383-6610 (Fax)<br>abramsr@howrey.com<br><br>Martha K. Gooding, Esq.<br>Michael J. Stimson, Esq.<br>William C. Rooklidge, Esq.<br>HOWREY LLP<br>2020 Main Street<br>Irvine, CA  92614-8200<br>949/721-6900<br>949/721-6910 (Fax)<br><br>Robert M. Bennett, Esq.<br>Timothy L. Bertschy, Esq.<br>HEYL, ROYSTER VOELKER & ALLEN<br>124 SW Adams Street - Suite 600<br>Peoria, IL  61602<br>309/676-0400<br>309/676-3374 (Fax)<br>rbennett@hrva.com<br>tbertschy@hrva.com | Attorneys for Plaintiff |