UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| CATERPILLAR INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Court No. 1:05-cv-01394-MMM-JAG |
| | ) | |
| ENTEC ENGINE CORPORATION, | ) | |
| a corporation; and CLYDE C. BRYANT, | )o | |
| an individual, | ) | |
| | ) | |
| Defendants. | ) | |

## LOCAL RULE 7.1(B)(4)(c) CERTIFICATION

Fred E. Schulz, counsel for Entec Engine Corporation ("Entec") and Clyde C. Bryant ("Bryant"), pursuant to Local Rule 7.1(B)(4)(c) certifies that he has reviewed the word count generated by Microsoft Word and according to the word count there are 5,882 words in the Memorandum in Support of Defendants Motion to Dismiss.  A true and correct copy of the word count generated by Microsoft Word is attached.

                                              ENTEC ENGINE CORPORATION, a corporation;
                                              and CLYDE C. BRYANT, an individual

                                              By _____
                                                       One of their attorneys

Fred E. Schulz, Esq. - #02156500
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive - suite 2800
Chicago, IL  60606-1229
312/201-2658
312/201-2555 (Fax)
schulz@wildmanharrold.com

Kirk W. Watkins, Esq.
WOMBLE, CARLYLE, SANDRIDGE & RICE
One Atlantic Center
1201 West Peachtree Street - Suite 3500
Atlanta, GA  30309
404/888-7814
404/870-4836 (Fax)
kwatkins@wcsr.com



## CERTIFICATE OF SERVICE

  I, the undersigned, a non-attorney, certify that I served a true and correct copy of the foregoing Local Rule 7.1(B)(4)(c) Certification upon all counsel of record by enclosing said copy in an envelope, with proper postage affixed, and depositing said envelope in the U.S. Mail at 225 West Wacker Drive, Chicago, Illinois 60606-1229 before 5:00 p.m. on January 23, 2006.

*[signature]*

[x] Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct.

CATERPILLAR v. ENTEC

1:05-cv-01394-MMM-JAG - (USDC/CDIL-PEORIA)

SERVICE LIST

| | |
|---|---|
| Robert G. Abrams, Esq.<br>HOWREY SIMON ARNOLD & WHITE LLP<br>1299 Pennsylvania Avenue NW<br>Washington, DC  200004-2402<br>202/383-0800<br>202/383-6610 (Fax)<br>abramsr@howrey.com<br><br>Martha K. Gooding, Esq.<br>Michael J. Stimson, Esq.<br>William C. Rooklidge, Esq.<br>HOWREY LLP<br>2020 Main Street<br>Irvine, CA  92614-8200<br>949/721-6900<br>949/721-6910 (Fax)<br><br>Robert M. Bennett, Esq.<br>Timothy L. Bertschy, Esq.<br>HEYL, ROYSTER VOELKER & ALLEN<br>124 SW Adams Street - Suite 600<br>Peoria, IL  61602<br>309/676-0400<br>309/676-3374 (Fax)<br>rbennett@hrva.com<br>tbertschy@hrva.com | Attorneys for Plaintiff |