E-FILED
Monday, 06 February, 2006  04:24:02 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CATERPILLAR INC.,<br><br>    Plaintiff,<br>v.<br><br>ENTEC ENGINE CORPORATION,<br>a corporation; and<br>CLYDE C. BRYANT, an individual,<br><br>    Defendants. | Case No. 05-1394 |

### CATERPILLAR'S UNOPPOSED MOTION REGARDING TIME TO FILE CATERPILLAR'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Caterpillar hereby moves for an expansion of time to file its response to Defendant's Motion to Dismiss until February 9, 2006. In support of this motion, Caterpillar states as follows:

1. Defendants served their Motion to Dismiss by mail service on January 23, 2006 pursuant to Federal Rule of Civil Procedure 5(b)(2)(B).

2. Local Rule 7.1(B)(1) requires Caterpillar's response to Defendants' motion to be filed within fourteen (14) days after service of Defendants' Motion.

3. Federal Rule of Civil Procedure 6(e) provides Caterpillar an additional 3 days to the prescribed period to respond to Defendants' Motion because Defendants' means of service was pursuant to Federal Rule of Civil Procedure 5(b)(2)(B).

4. Accordingly, the deadline for Caterpillar's response to Defendants' Motion appears to be February 9, 2006.

5. However, Defendants also filed their Motion to Dismiss through the ECF system on January 24, 2006, and it was sent electronically to Plaintiff on that date.

6. It is unclear whether this Court still applies the mailbox rule when the ECF System is used for filing.

7. Caterpillar moves, if necessary, and for clarification, for an expansion of the time to file its response to Defendants' Motion to Dismiss until February 9, 2006.

8. Caterpillar conferred with Defendants by telephone on February 3 and 6, 2006, and Defendants agreed not to oppose this motion.

WHEREFORE, Caterpillar prays for the expansion of time so requested and for such other and further relief as the Court deems proper.

Respectfully submitted,

    s/Timothy L. Bertschy
TIMOTHY L. BERTSCHY/#199931
HEYL, ROYSTER, VOELKER & ALLEN
124 SW Adams Street, Suite 600
Peoria, IL 61602
Telephone: (309) 676-0400
Facsimile: (309) 676-3374

ROBERT G. ABRAMS
HOWREY LLP
1299 Pennsylvania Ave., NW
Washington, DC 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

        WILLIAM C. ROOKLIDGE/MARTHA K. GOODING
        MICHAEL J. STIMSON
        HOWREY LLP
        2020 Main Street
        Irvine, California 92614-8200
        Telephone: (949) 721-6900
        Facsimile: (949) 721-6910
        Attorneys for Plaintiff
        Caterpillar Inc.

SO ORDERED

Dated: _____

## **CERTIFICATE OF SERVICE**

    I hereby certify that on February 6, 2006, a copy of the foregoing Unopposed Motion Regarding Time to File Caterpillar's Opposing to Defendants' Motion to Dismiss was served upon the following attorneys via the CM./ECF filing service:

Fred E. Schulz
WILDMAN HARROLD ALLEN & DIXON LLP
225 West Wacker Drive, Suite 2800
Chicago, IL 60606-1229
(312) 201-2000 (telephone)
(312) 201-2555 (facsimile)
schulz@wildmanharrold.com

    and via regular, United States Mail to:

Mr. Clyde C. Bryant
410 Trammell Drive
Alpharetta, GA 30004

                  _____ s/Timothy L. Bertschy